# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Edward D. Ioli Trust, et al., v. Vigilant Video, Inc.

No. 14-1714

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se      [✓] As counsel for: Vigilant Video, Inc.
                                    Name of party

I am, or the party I represent is (select one):

[ ] Petitioner  [ ] Respondent  [ ] Amicus curiae  [ ] Cross Appellant
[✓] Appellant   [ ] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant   [ ] Respondent or appellee

My address and telephone are:

Name: Roy B. Thompson
Law firm: Thompson Bogran, PC
Address: 5 Centerpointe Dr., Suite 400A
City, State and ZIP: Lake Oswego, Oregon 97035
Telephone: 503.635.3400; cell 503.381.9945
Fax #: 503.635.3897
E-mail address: roythompson@comcast.net

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): August 1, 2013

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

8/20/2014
Date                          Signature of pro se or counsel

cc: counsel of record

Form 30

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  8/20/2014  by:

- ☐ US mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means
  (by email or CM/ECF)

| Roy B. Thompson | /s/ Roy B. Thompson |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Thompson Bogran, PC

Address: 5 Centerpointe Dr., Suite 400

City, State, ZIP: Lake Oswego, Oregon  97035

Telephone Number: 503.635.3400

FAX Number: 503.635.3897

E-mail Address: roythompson@comcast.net

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.