# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

EDWARD D. IOLI TRUST and GENERAL TRAFFIC CONTROLS, INC.,

Plaintiffs-Appellees

v.

VIGILANT VIDEO, INC.

Defendant-Appellant.

and

MVCONNECT, LLC.,

Defendant.

No. 14-1714

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF WITH CERTIFICATE OF INTEREST

Pursuant to Fed. Cir. Rule 26, Appellant moves the Court for an order extending the deadline for filing the opening brief in this matter. The following information is provided in support of this motion:

(A)　The date to be extended is October 14, 2014.

(B)　The revised date sought is October 28, 2014.

(C)　The number of days of extension sought is 14.

(D)   The total number of days of extension previously granted to the movant is 0. This is Appellant's first request for an extension.

Good cause exists for this motion as counsel for Appellant will be out of the country for a wedding and travel beginning this week and during the currently scheduled deadline to file the opening brief. Counsel is currently wrapping up a number of items for various clients in preparation for being out of the country. Accordingly, Appellant needs additional time to finalize the opening brief.

Appellant has conferred with Appellee via email and Appellee does not object to this extension.

## CERTIFICATE OF INTEREST

Counsel for Appellant Vigilant Video, Inc. certifies the following:

1.   The full name of every party or amicus represented by me is: Vigilant Video, Inc. (Vigilant has changed its name to Vigilant Solutions, Inc.)

2.   The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is: Not applicable.

3.   All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are: None.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Thompson Bográn, P.C.:

    Roy B. Thompson (trial court and appellate court)

    Amy M. Bográn (trial court)

Mark S. Hubert (trial court)

DATED: October 6, 2014.        THOMPSON BOGRÁN, P.C.

*/s/ Roy B. Thompson*
Roy B. Thompson, OSB 825013
5 Centerpointe Dr., Suite 400A
Lake Oswego, OR 97035
Telephone:  503-635-3400
Cellphone:  503-381-9945
Facsimile:  503-635-3897
E-mail:  roythompson@comcast.net

*Of Attorneys for Vigilant Video, Inc.*

Page 3 - UNOPPOSED MOTION FOR EXTENSION OF TIME
    TO FILE OPENING BRIEF

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **Unopposed Motion for Extension of Time to File Opening Brief** on the following:

Eric W. Buether
**BUETHER JOE & CARPENTER, LLC**
1700 Pacific Ave., Suite 2390
Dallas, TX 75201
e-mail: eric.buether@bjciplaw.com

*Attorneys for Plaintiffs*

via the Court's efiling service to the address listed above.

DATED: October 6, 2014.        **THOMPSON BOGRÁN, P.C.**

*/s/ Roy B. Thompson*
Roy B. Thompson, OSB 825013
5 Centerpointe Dr., Suite 400A
Lake Oswego, OR 97035
Telephone:   503-635-3400
Cellphone:   503-381-9945
Facsimile:   503-635-3897
E-mail:        roythompson@comcast.net