NOTE: This order is nonprecedential.

# United States Court of Appeals

# for the Federal Circuit

_____

**EDWARD D. IOLI TRUST, GENERAL TRAFFIC CONTROLS, INC.,**
*Plaintiffs - Appellees,*

v.

**VIGILANT VIDEO, INC.,**
*Defendant - Appellant*

**MVCONNECT, LLC,**
*Defendant*

_____

14-1714
_____

Appeal from the United States District Court for the
Eastern District of Texas in case no. 2:10-cv-00605-JRG
Judge J. Rodney Gilstrap

_____

ON MOTION

_____

<u>O R D E R</u>

Upon consideration of the Appellant's, Vigilant Video, Inc., unopposed motion to extend time to file the principal brief until October 28, 2014,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

October 9, 2014                    /s/ Daniel E. O'Toole
                                   Daniel E. O'Toole
                                   Clerk of Court